# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/11/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/11/2015 4:53:01 PM
CHRISTOPHER A. PRINE
Clerk

AMENDED NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2015-00723    COURT:    190TH    TENTATIVE DUE DATE:    11/16/2015

APPEAL TYPE    ACCELERATED    CASE STATUS:    READY DOCKET

APPELLANT:    GLENN HERBERT JOHNSON

APPELLEE:    LINEBARGER GOGGAN BLAIR & SAMPSON, L.L.P., EMILY KING WATKINS AND ANTHONY W. NIMS

EVENT FILE DATE    11/6/2015    NUMBER OF DAYS: 10

EVENT CODES;    NA

FILED BY:    **GLENN HERBERT JOHNSON**    TBN:    **1 (Pro Se)**

DATE ORDER SIGNED    8/17/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67706454, 66652727, 66652728    VOLUME:    PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : N/A

NOTES:    APPELLATE CASE NO: 01-15-00950-CV

**CHRIS DANIEL**
**Harris County, District Clerk**


By:   **/s/ DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

**CAUSE NO. 2015-00723**

| | | |
|---|---|---|
| GLENN <u>HERBERT</u> JOHNSON | § | **IN THE DISTRICT COURT** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, L.L.P., | § | **HARRIS COUNTY, TEXAS** |
| EMILY KING WATKINS **and** ANTHONY W. NIMS; | § | |
| HASHMET WALI, CHARLES BROUSSARD II, | § | |
| YOUSUF MUHAMMAD ZAKARIA, | § | |
| LYNDA THOMPSON, TEXAS EASY-SERVE, L.L.C. **and** | § | **190th JUDICIAL DISTRICT** |
| CASTILLO EXPERT TREE SERVICE | § | |
| *Defendants* | | |

<u>**PLAINTIFF GLENN HERBERT JOHNSON**'s **2nd AMENDED** NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** GLENN <u>HERBERT</u> JOHNSON, the Plaintiff in the above entitled and numbered cause and **GIVES NOTICE** that Plaintiff appeals from the 190th Judicial District Court's Order, titled, "**ORDER ON THE LINEBARGER DEFENDANT'S PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION**", signed on August 17, 2015, by visiting Judge Sharolyn Wood.

- Plaintiff's **REQUEST for FINDINGS OF FACT AND CONCLUSIONS OF LAW** With Respect To Order Granting LINEBARGER DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITON was timely filed with the 190th Judicial District Court on September 2, 2015.

- The "**ORDER DENYING PLAINTIFF'S 2nd MOTION FOR ORAL REHEARING**", of the 190th Judicial District Court's Order, titled, "ORDER ON THE LINEBARGER DEFENDANT'S PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION",  was signed  by the Honorable Patricia J. Kerrigan on November 2, 2015.

- The Harris County Clerk of Court failed to give Notice of the Order, signed August 17, 2015, to Plaintiff Glenn <u>Herbert</u> Johnson, **<u>by first class mail</u>**, as required by Rule 306a (3) of the Texas Rules of Civil Procedure.

- As a consequence, of the Harris County Clerk of Court's failure to give Notice of the Order, signed August 17, 2015, to Plaintiff Glenn Herbert Johnson, **required** by paragraph (3) of Rule 306a of the Texas Rules of Civil Procedure, Plaintiff Glenn Herbert Johnson acquired actual knowledge of the order on September 14, 2015.

Per Rule 306a (4), of the Texas Rules of Civil Procedure, the periods for filing an APPEAL, began on September 14, 2014, the date that Plaintiff Glenn Herbert Johnson acquired actual knowledge of the signing.

**This is an APPEAL under the Texas Civil Practices & Remedies Code § 51.014(8)**

Plaintiff's AFFIDAVIT OF INABILITY TO PAY COSTS, allowing Plaintiff to proceed as a Pauper, is in file with the Harris County District Clerk, under **Cause No. 2015-00723**, on February 17, 2015. (envelope # 4179512)

Plaintiff, Glenn Herbert Johnson has timely filed, in **Cause No. 2015-00723**, a MOTION FOR REHEARING and A REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW, which extend the time to perfect an Appeal.

Respectfully submitted,

Glenn Herbert Johnson, Plaintiff, *Pro Se*
8926 Daffodil Street
Houston, Texas 77063
**email:** *Prairie_View_Grad@yahoo.com*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this, **Plaintiff's 2ⁿᵈ  Amended Notice of Appeal** was, on this 10ᵗʰ  day of December 2015, forwarded to the persons listed below by email transmission:

**Edward James Nicholas**
Linebarger Goggan Blair & Sampson, LLP,
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Nick.Nicholas@lgbs.com*
**Counsel for:**     Linebarger Goggan Blair & Sampson, LLP,
                Emily King Watkins and Anthony Wayne Nims

**Emily King Watkins**
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Emily.Watkins@lgbs.com*

**Anthony Wayne Nims**
Linebarger Goggan Blair & Sampson LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Tony.Nims@lgbs.com*

**Robert L. Paddock**
Thompson & Kinght, LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Email: *Robert.Paddock@tklaw.com*

**M. Ali Zakaria**
M. Ali Zakaria & Associates, PC
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
Email: *Ali@Zakarialaw.com*

Certified by:

Glenn Herbert Johnson, Plaintiff, *Pro Se*
8926 Daffodil Street
Houston, Texas 77063
Email: *Prairie_View_Grad@yahoo.com*